Charles J. McPheeters, Kent Brown, Jefferson City, for Fuller, Harris and Board of Curators of Lincoln University.

Before ULRICH, C.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Appellant's petition for damages for a civil rights violation was dismissed for failure to state a claim for which relief could be granted. Affirmed. 84.16(b).

**Lance R. NORRIS, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. WD 54348.**

Missouri Court of Appeals,
Western District.

June 9, 1998.

Jeffrey Scott Eastman, Gladstone, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.

### ORDER

PER CURIAM.

Lance R. Norris appeals from a judgment affirming the Missouri Director of the Revenue's suspension of his driving privileges. Affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Jermaine B. DAVIS, Appellant.**

**Nos. WD 51851, WD 53916.**

Missouri Court of Appeals,
Western District.

June 16, 1998.

Rosemary E. Percival, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM:

Jermaine Davis appeals from his convictions of one count of murder in the first degree in violation of § 565.020, RSMo 1994, and one count of armed criminal action in violation of § 571.015, RSMo 1994. Mr. Davis contends that the trial court erred by overruling his objection to the State's closing argument because the prosecutor improperly argued matters outside the evidence. Mr. Davis also claims that the trial court erred by overruling his Batson[1] objections to the State's use of peremptory strikes to remove two venirepersons because Mr. Davis made a prima facie case of racially discriminatory exercise of peremptory challenges and the State offered only a pretextual explanation

---

1. *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986).